FILED
MAY 3 0 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANGEL LOPEZ-PEREZ, <br> Defendant. | Case No. 13CR1099-GT <br><br> **ORDER GRANTING JOINT MOTION TO CHANGE DATE OF SENTENCING HEARING** |

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing in the above-entitled case, formerly scheduled for Friday, July 5, 2013 at 9:30 a.m., be changed to Monday, June 24, 2013 at 9:30 a.m., before this Court.

DATE: 5/30/13

HONORABLE GORDON THOMPSON, JR.
United States District Judge